# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cr-330 |
| Ghislaine Maxwell | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ghislaine Maxwell.

Date: 07/06/2020

/s/Lawrence A. Vogelman
*Attorney's signature*

Lawrence A. Vogelman #10280
*Printed name and bar number*

77 Central Street
Manchester, NH 03101
*Address*

LVogelman@davenixonlaw.com
*E-mail address*

(603) 669-7070
*Telephone number*

(603) 669-7080
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All counsel of record

Conventionally Served:

| 07/06/2020 | /s/Lawrence A. Vogelman |
|---|---|
| Date | Signature |